Date signed December 05, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROBERT N. STALKER | : | Case No. 10-36678PM |
| | : | Chapter 7 |
| Debtor | : | |
| ----------------------------- | : | |
| ALCOA CONCRETE | : | |
|    AND MASONRY, INC. | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 10-0945PM |
| | : | |
| ROBERT N. STALKER | : | |
| Defendant | : | |
| ----------------------------- | : | |

**MEMORANDUM TO THE PARTIES**

On January 10, 2011, a Consent Order was entered staying this adversary proceeding pending the outcome of an action in the Maryland Court of Appeals (September Term, Case No. 057).  A review of the file reveals that no activity has been reported to the court since the entry of that Order.  Therefore, the parties are requested to submit, **no later than December 19, 2011**, a joint memorandum or statement of the status of this matter.

cc:
Keith R. Havens, 2401 research Blvd., Suite 308, Rockville, MD 20850
Gary R. Greenblatt, Esq., 723 South Charles Street, Suite LL3, Baltimore, MD 21230
Robert N. Stalker, 11 Brookes Avenue, Gaithersburg, MD 20877

**End of Memorandum**